**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

CAROLYN JONES                                                                                         PLAINTIFF

V.                                          NO. 3:05CV00081-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice.  The relief sought is DENIED.

IT IS SO ORDERED this 21st day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE